IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE D. McCLENDON, | No. CIV S-10-3152-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JAMES TILTON, | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. For the reasons discussed in findings and recommendations issued separately, the court finds it appropriate to vacate the January 7, 2011, order directing respondent to respond to the amended petition. Respondent is relieved of any obligation to respond to the petition unless ordered otherwise.

IT IS SO ORDERED.

DATED: February 2, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1